## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **United States of America** | * | |
| | * | |
| *Appellee,* | * | |
| | * | |
| | * | No. 12-4303 |
| v. | * | |
| | * | |
| **James Bestman** | * | |
| | * | |
| *Appellant.* | * | |

**MOTION TO FILE UNDER SEAL**

NOW COMES Appellant James Bestman, by and through undersigned counsel, and respectfully requests he be permitted to file the attached Joint Motion to Suspend the Briefing Schedule under seal. In support of this Motion, counsel states:

1. Mr. Bestman's opening brief is currently due on November 18, 2013. Counsel have prepared a Joint Motion to Suspend the Briefing Schedule, which Mr. Bestman seeks to file under seal.

2. The Motion contains sensitive and confidential information pertaining to the background of the case. Counsel is unaware of any means short of sealing which would protect the interests of the parties identified in the Motion.

3. Counsel requests that the Motion be held under seal until such time as this matter is resolved.

4. Counsel for the United States does not oppose this Motion.

WHEREFORE, Mr. Bestman respectfully requests that this Court permit him to file the parties' Joint Motion to Suspend the Briefing Schedule under seal.

Respectfully submitted,

_____/s/_____

Marta K. Kahn
The Law Office of Marta K. Kahn
8 E. Mulberry St.
Baltimore, MD 21202
(410) 299-6966

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Motion to File Under Seal was served on Mushtaq Gunja, Assistant United States Attorney via ECF on this 5th day of November, 2013.

                                                      _____/s/_____
                                                          Marta K. Kahn