UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 5, 2013

_____

DOCKET CORRECTION NOTICE
_____

No. 12-4303,   US v. James Bestman
                1:10-cr-00163-CCB-1

TO:    Marta  Kahn

SEALED DOCUMENT CORRECTION DUE:  November 8, 2013

Please make the correction identified below by the due date indicated.

[ ] Sealed Document Entry: You must re-file your document using the **SEALED DOCUMENT** entry so that the document is not available on the public docket.

[ ] Certificate of Confidentiality: If you are sealing only personal data identifiers or information sealed below, you must file a certificate of confidentiality identifying the authority for keeping the information sealed.

[ x ] Public and Sealed Versions of Document :   Please file a redacted version of the motion for suspension of the briefing schedule.

[ ] Motion to Seal: If it is necessary to file the entire document under seal and not possible to prepare a redacted version, you must file a motion to seal the document (**MOTION / seal**), explaining why sealing is necessary and why a redacted version cannot be prepared.

[ ] Motion to Seal on Public Docket: A motion to seal must appear on the public docket for five calendar days prior to ruling by the court. Therefore, the motion to seal must be filed in public form using the **MOTION / seal** entry. If it is necessary to reference sealed information, the sealed portion of the motion must be filed separately using the entry **SEALED DOCUMENT**.

[ ] <u>Separate Service of Sealed Document</u>: Sealed documents or motions must be served on opposing counsel in paper form since they are not accessible to counsel through CM/ECF.

Deborah S. Daniel, Deputy Clerk
804-916-2704